**Dismiss and Opinion Filed April 11, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00790-CV**

**ALBERT STINE, Appellant**
**V.**
**THE PLAZA HOA, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02960-E**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Pedersen, III
Opinion by Justice Molberg

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal to be submitted without a reporter's record and for appellant to file his brief within thirty days. When appellant failed to do so, we directed appellant by postcard to file the brief within ten days and cautioned him that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).


210790f.p05

/Ken Molberg//
_____
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALBERT STINE, Appellant

No. 05-21-00790-CV          V.

THE PLAZA HOA, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-02960-E.
Opinion delivered by Justice Molberg. Justices Schenck and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 11th day of April, 2022.